## Katherine Aldrich *v.* David Hurwitt et al.
## (13886)

Landau, Schaller and Spear, Js.

Submitted on briefs February 17—decision released April 4, 1995

*Nancy Aldrich* filed a brief for the appellant (plaintiff).

*Karen K. Linder* filed a brief for the appellees (defendants).

PER CURIAM. The judgment is affirmed.